**Order filed June 14, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00728-CV**
_____

**CHARLES A. WATSON, Appellant**

**V.**

**LANCE BREMER AND ALVAREZ, STAUFFER, BREMER, PLLC,**
**Appellees**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-28746-C**

## O R D E R

Appellant's brief was due May 25, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within **thirty (30) days** of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.